**Order entered July 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01335-CV

**WESLEY ROEMER, Appellant**

**V.**

**EDD HASKINS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-13-02661**

## ORDER

Before the Court is Edd Haskins's July 23, 2018 unopposed motion for additional extension of time to file appellee's and cross-appellant's brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 4, 2018. We caution that further extension requests will be disfavored.

/s/      DAVID EVANS
         JUSTICE